RECEIVED
SEP 21 2010
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| JAMES CUMMINGS<br>  LA. DOC # 80360<br>VS. | CIVIL ACTION 09-1901<br><br>SECTION P |
| WARDEN N. BURL CAIN | JUDGE TRIMBLE<br><br>MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that this petition for *habeas corpus* be **DISMISSED WITH PREJUDICE** as time-barred by the provisions of 28 U.S.C. §2244(d).

**THUS DONE AND SIGNED**, in chambers, in Lake Charles, Louisiana, on this 21st day of September, 2010.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE